| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Acting Chief, Criminal Division |
| 4 | SUSAN B. GRAY (100374)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102<br>Telephone: 415.436.7324 |
| 7 | Facsimile: 415.436.6748<br>Email: susan.b.gray@usdoj.gov |

ORIGINAL FILED
MAY 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SBA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR FORFEITURE |
| APPROXIMATELY $73,562 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

### NATURE OF THE ACTION

1. This is a judicial forfeiture action, as authorized by 21 U.S.C. § 881(a)(6), involving the seizure of defendant approximately $73,562 in United States Currency ("defendant $73,562") which was seized as money furnished or intended to be furnished by a person in exchange for a controlled substance, or money traceable to such an exchange, or money used or intended to be used to facilitate a violation of Subchapter I, Chapter 13 of Title 21, United States Code.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355(a), and 21 U.S.C.

1  § 881(a)(6).

2   3. This action is timely filed in accordance with 18 U.S.C. § 983(a)(3)(A).

3   4. Venue in this Court is proper because defendant approximately $73,562 was seized in the Northern District of California. 28 U.S.C. §§ 1355(b) and 1395.

5   5. Intra-district venue is proper in the Oakland Division within the Northern District of California.

## PARTIES

6. Plaintiff is the United States of America.

7. Defendant is approximately $73,562 in United States Currency.

## FACTS

8. During May 2007, members of the Alameda County Narcotics Task Force ("ACNTF") learned from a reliable confidential informant ("CI") that Eugene Brisco ("Brisco") was trafficking in large amounts of cocaine in the Alameda County area. The CI provided information about Brisco's cocaine trafficking from Brisco's barbershop, Celebrity Hairstyles, located at 16884 East 14th Street, San Leandro, California. The CI was present during several of Brisco's cocaine sales and made a controlled buy of cocaine from Brisco under the direction of ACNTF.

9. On June 12, 2007, the Honorable Robert Kurtz, Superior Court Judge for the County of Alameda signed a search warrant that authorized the search of the person of Eugene Brisco, his residence at 2243 Stern Place, Stockton, California, his business, Celebrity Hairstyles, at 16884 East 14th Avenue, San Leandro, California, and all vehicles under his control at the time of the search.

10. On June 13, 2007, Brisco and Rashida Moore-Brisco ("Moore-Brisco"), were stopped shortly after leaving their residence at 2243 Stern Place, Stockton, California and informed of the search warrant.

11. Pursuant to the warrant, Brisco was searched and officers located a sandwich bag containing two baggies of cocaine in Brisco's underwear. One bag contained 29 grams of base cocaine (gross field weight) and the other contained 29.2 grams of cocaine HCL (gross field

Complaint for Forfeiture
No. 08-           2

1 weight). The ACNTF officers also discovered approximately $394.00 in cash.

2     12. During the search of Brisco, ACNTF officers also found the key to Brisco's business and the key to a candy machine where additional cocaine was later recovered during the execution of the search warrant.

    13. Following the stop of Brisco and Moore-Brisco, ACNTF officers proceeded to execute the search warrant at 2243 Stern Place. During the execution of the search warrant they found the following items inside the master bedroom closet: one sandwich baggie containing approximately 10.3 grams of cocaine (gross field weight), one black steel semi-automatic handgun, Cobray .380 caliber model M-12, Serial #12-0005206, one black .380 handgun magazine and one black steel flash suppressor, one box of ammunition, Remington .380 caliber, one "Pelouze" functioning 5 pound capacity scale with residue, one "8P" functioning 150 gram capacity scale with residue, three gallon size sandwich baggies with residue and four regular sandwich baggies with residue, a hot plate, two pots, and a spoon, one Well's Fargo currency bag, and approximately $73,562.00 in United States currency inside the pockets of a pair of men's pants.

    14. The currency was found wrapped together in five (5) ten thousand dollar stacks, one (1) five thousand dollar stack, seventeen (17) one thousand dollar stacks and one (1) seven hundred seventy six dollar stack. The currency was in the following denominations: 597 x $100, 30 x $50.00, 554 x $20.00, 72 x $10.00, 73 x $5.00, 175 x $1.00.

    15. On June 13, 2007, ACNTF officers also served the search warrant on Brisco's business, Celebrity Hair Styles, located at 16884 E. 14th Street, San Leandro, California. During the execution of the search warrant a trained narcotic canine, "Benny", alerted to the back of a candy machine located near the front door. Using the key previously taken from Brisco, officers opened the candy machine and located a brown paper bag containing four (4) plastic baggies of cocaine. Two (2) baggies contained 15.4 grams and 30 grams of cocaine HCL (gross field weight). The other two (2) baggies contained 13.5 and 7.2 grams of cocaine base (gross field weight).

    16. On June 13, 2008, Brisco was arrested for the following: California Health and

Complaint for Forfeiture
No. 08-    3

1 Safety Code § 11351.5-possession of cocaine base for sale; California Health and Safety Code § 11352-transportation of cocaine, California Penal Code §§ 12276.1(a)-possession of an assault weapon, California Penal Code § 12276-possession of a flash suppressor; California Penal Code § 12276.1(5)-possession of a high capacity magazine, and California Penal Code § 1203.073b-weight enhancement for cocaine.

13. After being advised of his Miranda rights Brisco stated that the cocaine found in his underwear, his business, and his residence belonged to him. He also admitted the gun, the silencer, ammunition, hot plate, spoons, paraphernalia used to cook rock cocaine and the defendant, approximately $73, 562 in cash, were his.

14. Due to the totality of the circumstances, defendant approximately $73,562 in United States currency was seized as money furnished or intended to be furnished by a person in exchange for a controlled substance, or traceable to such an exchange, or money used or intended to be used to facilitate a violation of Subchapter I, Chapter 13 of Title 21 United States Code.

## VIOLATION

15. The United States incorporates by reference the allegations in paragraphs one through fourteen as though fully set forth.

16. Section 881(a)(6) of Title 21 of the United States Code, provides for the forfeiture of all money furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of Subchapter I, Chapter 13 of Title 21 United States Code, all proceeds traceable to such an exchange and all money used or intended to be used to facilitate any violation of Subchapter I, Chapter 13 of Title 21 United States Code.

17. In light of the foregoing, defendant approximately $73,562 in United States Currency is subject to judicial forfeiture.

\* \* \* \* \*

WHEREFORE, plaintiff United States of America requests that due process issue to enforce the forfeiture of defendant $73,562; that notice be given to all interested parties to appear and show cause why forfeiture should not be decreed; that judgment of forfeiture be entered; that

Complaint for Forfeiture
No. 08-                                                          4

1 | the Court enter judgment forfeiting defendant $73,562; and that the United States be awarded
2 | such other relief as may be proper and just.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 13 2008

_____
STEPHANIE M. HINDS
Assistant United States Attorney

Assigned to:
AUSA Gray

Complaint for Forfeiture
No. 08-                                                    5

1 | VERIFICATION

2 | I, Ezra Carbins, state as follows:

3 | 1. I am a Special Agent with the United States Drug Enforcement Administration,
4 | and I am the case agent for the seizure of approximately $73,562. As such, I am familiar with
5 | the facts, and the investigation leading to the filing of this Complaint for Forfeiture.

6 | 2. I have read the Complaint and believe the allegations contained in it to be true.

7 | * * * * *

8 | I declare under penalty of perjury that the foregoing is true and correct. Executed this
9 | 13 day of May, 2008, in Oakland, California.

EZRA CARBINS
Special Agent
United States Drug Enforcement Administration

Complaint for Forfeiture
No. 08-                                    6