1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 9th floor
6      San Francisco, CA 94102
       Telephone: 415.436.7324
7      Facsimile:   415.436.6748
       Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )
14                                     )       No. CV 08-2458 SBA
                    Plaintiff,         )
15                                     )
              v.                       )       CERTIFICATE OF SERVICE
16                                     )
                                       )
17 APPROXIMATELY $73,562  IN UNITED    )
   STATES CURRENCY,                    )
18                                     )
                    Defendant.         )
19                                     )

20      The undersigned hereby certifies that she is an employee in the Office of the United

21 States Attorney for the Northern District of California and is a person of such age and discretion

22 to be competent to serve papers.  The undersigned further certifies that she caused a copy of

23         1.    Government Complaint for Forfeiture;

24         2.    Notice of Forfeiture Action;

25         3.    Warrant of Arrest of Property *In Rem;*

26         4.    Judge Armstrong's Standing Order;

27         5.    ADR Dispute Resolution Procedures in the Northern District of California;

28

6. ECF Registration Information Handout; and

7. Clerk's Notice (e-filed 5/19/08)

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Jesse J. Garcia, Esq
Garcia, Schnayerson & Mockus
225 West Winton Avenue, Suite 208
Hayward, CA 94544
Attorney for Eugene Brisco

Raashida J. Moore-Brisco
2243 Stern Place
Stockton, CA 95201

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  20th  day of May, 2008, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　／S／
　　　　　　　　　　　　　　　　　　　　CAROLYN JUSAY
　　　　　　　　　　　　　　　　　　　　Legal Assistant
　　　　　　　　　　　　　　　　　　　　Asset Forfeiture Unit

Certificate of Service
CV 08-2458 SBA                                       2