1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division

4   SUSAN B. GRAY (CSBN 100374)
    Assistant United States Attorney

5
        450 Golden Gate Avenue, 9th floor
6       San Francisco, CA 94102
        Telephone: 415.436.7324
7       Facsimile:   415.436.6748
        Email: susan.b.gray@usdoj.gov

8
    Attorneys for United States of America

9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )
                                       )        No. CV 08-2458 SBA
                        Plaintiff,     )
15                                     )
            v.                         )        CERTIFICATE OF SERVICE
16                                     )
                                       )
17  APPROXIMATELY $73,562  IN UNITED   )
    STATES CURRENCY,                   )
18                                     )
                        Defendant.     )
19                                     )

20        The undersigned hereby certifies that she is an employee in the Office of the United

21  States Attorney for the Northern District of California and is a person of such age and discretion

22  to be competent to serve papers.  The undersigned further certifies that she caused a copy of

23           1.     Government Complaint for Forfeiture;

24           2.     Notice of Forfeiture Action;

25           3.     Warrant of Arrest of Property *In Rem;*

26           4.     Judge Armstrong's Standing Order;

27           5.     ADR Dispute Resolution Procedures in the Northern District of California;

28

1          6.     ECF Registration Information Handout; and

2          7.     Clerk's Notice (e-filed 5/19/08)

3    to be served this date via certified  mail delivery upon the person(s) below at the place(s) and

4    address(es) which is/are the last known address(es):

5

6    Linda A. Van Dyke               Linda A. Van Dyke
     2123 Fontana Avenue           2243 Stern Place
     Stockton, CA 95204            Stockton, CA 95204

7

8         I declare under penalty of perjury under the laws of the United States of America that the

9    foregoing is true and correct to the best of my knowledge.

10        Executed this  __22nd__  day of May, 2008, at San Francisco, California.

11

12                              _____/S/_____
                           CAROLYN JUSAY

13                              Legal Assistant
                           Asset Forfeiture Unit

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service
CV 08-2458 SBA                          2