Eugene Brisco and
Raashida J. Moore-Brisco
In Pro Per
2243 Stern Place
Stockton, CA CA 95206
Telephone: (209) 923-0813

EUGENE BRISCO AND
RAASHIDA J. MOORE-BRISCO
In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>APPROXIMATELY $73,562<br>IN UNITED STATES CURRENCY,<br>            Defendant,<br><br>EUGENE BRISCO AND<br>RAASHIDA J. MOORE-BRISCO<br><br>            Claimant .         / | No. CV 08-2458 SBA<br><br><br><br><br><br>**VERIFIED CLAIM** |

Pursuant to Rule C(6), supplemental Rules for Certain Admiralty and

Maritime Claims, Claimant EUGENE BRISCO demands return of the defendant

1

property, and claims the right to defend this action.  Claimant is the legal and rightful owner of the defendant property.

Dated: June 26, 2008

Respectfully submitted,

 /s/ Eugene Brisco
EUGENE BRISCO
In Pro Per


 /s/ Raashida J. Moore-Brisco
RAASHIDA J. MOORE-BRISCO
In Pro Per