JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Acting Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:  415.436.6748
    Email: Susan.B.Gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-2458 SBA |
|              Plaintiff, ) | |
|              v. ) | CASE MANAGEMENT STATEMENT OF THE UNITED STATES |
| APPROXIMATELY $73,562 IN UNITED STATES CURRENCY, ) | CASE MANAGEMENT CONFERENCE |
|              Defendant. ) | DATE: 9/4/08 |
| | TIME: 3:00 P.M. |

    The United States submits this case management statement. Although Eugene Briscoe and Raashida Moore-Briscoe were given notice of the forfeiture complaint in this action, and a claim was filed on June 27, 2008,[1] no answer has been filed on behalf of either party, nor have they under oath provided good cause for the Court to extend the answer filing deadlines. Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Because no one has filed a timely answer as required by Rule G, there is no party with whom the United States can file a joint case management statement. In addition, as more fully set forth below, the claim filed on June 27, 2008 is deficient.

---

[1] The claim was filed *pro se.*

**A. STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION**

This is a judicial forfeiture action, as authorized by 21 U.S.C. § 881(a)(6), involving the seizure of defendant approximately $73,562 in United States Currency ("defendant $73,562") which was seized as money furnished or intended to be furnished by a person in exchange for a controlled substance, or money traceable to such an exchange, or money used or intended to be used to facilitate a violation Subchapter I, Chapter 13 of Title 21 United States Code.

**B. PRINCIPAL ISSUES**

**1.The principal factual issues that the parties dispute are:**

**2. The principal legal issues that the parties dispute are**:

No one has filed a timely answer and therefore no factual or legal issues have been joined. The verified claim filed on June 27, 2008, although entitled a "verified claim" is not made under penalty of perjury as required by Rule G(5)(a)(i)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In addition, it is not clear who is filing the claim. Eugene Brisco and Raashida Moore-Brisco are listed at the top of the document as "In Pro Per" and their names are listed under the signature lines on the second page of the complaint. However, the body of the claim lists only Eugene Brisco as the claimant.

Rule G(5)(b) also provides that an answer to the complaint must be filed 20 days after the filing of a claim. No answer has been filed in this action within the 20 day deadline. Nor has good cause been shown to excuse the delay, pursuant to Supplemental Rule G(5)(a)(ii).

For all of these reasons, the United States position is that no one has appeared in this action; no one has standing under Supplemental Rule G(5). The United States anticipates filing a Request for Entry of Default.

**3**. **The following issues as to service of process, personal jurisdiction, subject matter jurisdiction, or venue remain unresolved.**

None.

**4. The following parties have not yet been served:**

None.

**5. Any additional parties that a party intends to join are listed below:**

None.

**6. Any additional claims that a party intends to add are listed below:**

None.

**C. ALTERNATIVE DISPUTE RESOLUTION**

Not applicable at this time.

**D. CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE**

Not applicable at this time.

**E. DISCLOSURES**

Forfeiture actions are exempt from the initial disclosures required in Rule 26, Federal Rules of Civil Procedure.

**F. EARLY FILING OF MOTIONS**

The United States anticipates it will file a request for a Clerk's Entry of Default, to be followed by a Motion for Default Judgment.

**G. DISCOVERY**

Not applicable at this time.

**H. PRETRIAL AND TRIAL SCHEDULE**

Not applicable at this time.

**I. DATE OF NEXT CASE MANAGEMENT/STATUS CONFERENCE**_____

**J. OTHER MATTERS**

None.

//
//
//
//
//
//

1  **K. IDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL**

2  Susan B. Gray
Assistant United States Attorney
3  Asset Forfeiture Unit
450 Golden Gate Avenue, 9th Floor
4  San Francisco, CA 94102
415 436 7324

5                                         Respectfully submitted,

6                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney

7  Dated: August 18, 2008

8                                         _____/S/_____
                                          SUSAN B. GRAY
9                                         Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

CASE MANAGEMENT STATEMENT OF THE UNITED STATES

to be served this date via U.S. mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Eugene Brisco
2243 Stern Place
Stockton, CA 95201

Raashida J. Moore-Brisco
2243 Stern Place
Stockton, CA 95201

and to be served this date via electronic mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Jesse J. Garcia, Esq
Garcia, Schnayerson & Mockus
225 West Winton Avenue, Suite 208
Hayward, CA 94544

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of August, 2008, at San Francisco, California.


_____/S/_____
ALICIA CHIN
Paralegal/ Asset Forfeiture Unit