**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-02458 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 16] |
| APPROXIMATELY $73,562 IN UNITED STATES CURRENCY, | |
| Defendant. | |

Plaintiff has filed an ex parte motion requesting a continuance of the Case Management Conference scheduled for March 4, 2009, to March 25, 2009, because plaintiff's counsel is unavailable due to speaking engagement at a training conference. *See* Docket no. 16. The Court GRANTS the motion. The Case Management Conference set for March 4, 2009, at 2:30 p.m., is CONTINUED to March 25, 2009, at 3:00 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

February 24, 2009

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge