JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Acting Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:   415.436.7234
    Email: Susan.B.Gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>                     Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> APPROXIMATELY $73,562 IN UNITED ) <br> STATES CURRENCY, ) <br> ) <br>                     Defendant. ) <br> ──────────────────────────── ) | **No. 08-2458 SBA** <br><br> **United States Exparte Request to Continue United States Motion for Default** |

      The United States, hereby requests that the Motion for Default Judgement, currently set for October 6, 2009, be continued for 30 days or the next available date convenient for the Court.

      The United States makes this request exparte and on an expedited basis because of counsel's travel schedule to Vietnam, which necessitates counsel's absence from the district for the week during which the United States reply brief is due (September 21-25) and the likelihood that counsel will also be out of the office on October 6, 2009, the date currently scheduled for the hearing.

      The Assistant United States Attorney assigned this case is scheduled to leave September 18, 2009, for Ho Chi Minh City, Vietnam where she will be an instructor for a Department of

Justice sponsored seminar. She will be out of the country for the entire week of September 21-25, 2009. In addition, she may have to be out of the office the week of October 5-9, 2009, to deal with her elderly parents' health issues. Since the claimant's opposition to the Motion for Default Judgement alleges the Court and counsel for the government conspired to deprive her of her constitutional rights, (*see*, Claimants Opposition, p.3, lines 18-23) the United States believes the Assistant United States Attorney assigned to the case should file the reply brief and be present for the hearing.

The United States, therefore, respectfully requests that the hearing on the Motion for Default Judgement currently scheduled for October 6, at 1:00 p.m. be continued for 30 days or such time as is convenient for the Court.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: September 15, 2009        /S/ Susan B. Gray
                                 SUSAN B. GRAY
                                 Assistant United States Attorney

GOOD CAUSE APPEARING, the Motion for Default Judgement currently scheduled for October 6, 2009, at 1:00 p.m. is continued to December 15, 2009, at 1:00 p.m. in courtroom 1, 4th floor.

IT IS SO ORDERED.                _/s/ Saundra B Armstrong_
9/16/09                          SAUNDRA B. ARMSTRONG
                                 United States District Judge

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 6 | USA, | Case Number: CV08-02458 SBA |
| 7 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 8 | v. | |
| 9 | $73,562 U.S. CURRENCY et al, | |
| 10 | Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Brisco
2243 Stern Place
Stockton, CA 95206

Raashida J. Moore-Brisco
1946 Country Club #19
Stockton, CA 95204

Dated: September 17, 2009
Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

U.S. CASE MANAGEMENT STATEMENT
No. 08-2458 SBA                3

```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Acting Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

        450 Golden Gate Avenue, 11th Floor
        San Francisco, CA 94102
        Telephone: 415.436.7324
        Facsimile:  415.436.7234
        Email: Susan.B.Gray@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **No. 08-2458 SBA** |
| ) | |
| Plaintiff, ) | **United States Exparte Request to** |
| ) | **Continue United States Motion for** |
| v. ) | **Default** |
| ) | |
| APPROXIMATELY $73,562 IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

The United States, hereby requests that the Motion for Default Judgement, currently set for October 6, 2009, be continued for 30 days or the next available date convenient for the Court.

The United States makes this request exparte and on an expedited basis because of counsel's travel schedule to Vietnam, which necessitates counsel's absence from the district for the week during which the United States reply brief is due (September 21-25) and the likelihood that counsel will also be out of the office on October 6, 2009, the date currently scheduled for the hearing.

The Assistant United States Attorney assigned this case is scheduled to leave September 18, 2009, for Ho Chi Minh City, Vietnam where she will be an instructor for a Department of

Justice sponsored seminar. She will be out of the country for the entire week of September 21-25, 2009. In addition, she may have to be out of the office the week of October 5-9, 2009, to deal with her elderly parents' health issues. Since the claimant's opposition to the Motion for Default Judgement alleges the Court and counsel for the government conspired to deprive her of her constitutional rights, (*see*, Claimants Opposition, p.3, lines 18-23) the United States believes the Assistant United States Attorney assigned to the case should file the reply brief and be present for the hearing.

The United States, therefore, respectfully requests that the hearing on the Motion for Default Judgement currently scheduled for October 6, at 1:00 p.m. be continued for 30 days or such time as is convenient for the Court.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: September 15, 2009         */S/ Susan B. Gray*
                                  SUSAN B. GRAY
                                  Assistant United States Attorney

GOOD CAUSE APPEARING, the Motion for Default Judgement currently scheduled for October 6, 2009, at 1:00 p.m. is continued to December 15, 2009, at 1:00 p.m. in courtroom 1, 4th floor.

IT IS SO ORDERED.                 *[signature]*
9/16/09                           SAUNDRA B. ARMSTRONG
                                  United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| USA, | Case Number: CV08-02458 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| $73,562 U.S. CURRENCY et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Brisco
2243 Stern Place
Stockton, CA 95206

Raashida J. Moore-Brisco
1946 Country Club #19
Stockton, CA 95204

Dated: September 17, 2009
　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　By: LISA R CLARK, Deputy Clerk

U.S. CASE MANAGEMENT STATEMENT
No. 08-2458 SBA                    3