IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-08-02458 SBA (EDL) |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE AND EVIDENTIARY HEARING** |
| v. | |
| APPROXIMATELY $73,562 U.S. CURRENCY, | |
| Defendant. | |

This civil forfeiture matter has been referred to this Court for a Report and Recommendation regarding the validity of Claimant Moore's verified claim, including whether she meets the innocent owner defense under 18 U.S.C. § 983(d)(1). Accordingly, no later than March 26, 2010, Claimant shall file an opening brief of no more than twenty-five pages addressing the issue of the validity of Moore's claim. No later than April 9, 2010, the government shall file an opposition brief of no more than twenty-five pages, and no later than April 16, 2010, Claimant shall file a reply of no more than fifteen pages. Briefs shall be supported by admissible evidence. An evidentiary hearing will be held, unless the Court notifies the parties that a hearing is not necessary, on April 28, 2010 at 9:30 a.m. at 450 Golden Gate Avenue, 15th Floor, Courtroom E, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 11, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge