JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

>450 Golden Gate Avenue, 11th Floor
>San Francisco, CA 94102
>Telephone: 415.436.7324
>Facsimile:  415.436.6748
>Email: Susan.B.Gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $73,562 IN UNITED ) <br> STATES CURRENCY, ) <br> ) <br> Defendant. ) | No. CV 08-2458 SBA <br><br> ORDER GRANTING <br> UNITED STATES' ADMINISTRATIVE <br> MOTION TO AUGMENT THE RECORD <br> PURSUANT TO CIVIL LOCAL RULES 7-11 <br> AND 72-3(b) |

Good cause appearing, the United States' Motion to Augment the Record pursuant to Civil Local Rules 7-11 and 72-3(b) is granted. The following documents may be filed in support of the United States Response to Objections to the Magistrate Judge's Report and Recommendation:

    1.   Raashida J. Moore-Brisco's Response to Interrogatories Mailed on or About March 19, 2010 (Exhibit 1).

    2.   The United States' Special Interrogatories (Exhibit 2).

//

3. The Declaration of Inspector Greg Velasquez in support of United States' Brief Re: Objections to Report and Recommendation (Exhibit 3).

IT IS SO ORDERED.

Dated    7/21/10

*Sandra B Armstrong*
SANDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

,562 U.S. CURRENCY et al,

        Defendant.
                                          /

Case Number: CV08-02458 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Brisco
1434 South Tuxedo Ave.
Stockton, CA 95204

Raashida J. Moore-Brisco
1434 South Tuxedo Ave.
Stockton, CA 95204

Dated: July 23, 2010

                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk