UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>APPROXIMATELY $73,562 IN UNITED STATES CURRENCY,<br><br>        Defendant. | Case No: C 08-2458 SBA<br><br>**ORDER STRIKING MOTION FOR RECONSIDERATION**<br><br>Docket 102 |

Putative claimant Raashida Moore-Brisco ("Moore") has filed a motion styled as "Claimant Raashida J. Moore-Brisco's Request and/or in the Alternative Motion for Reconsideration of Her Request for Order Directing Return of Defendant $73,562.00 in United States Currency FRCP RULE 60 relief, 46 objection, and Rule 41(b) DISMISSAL PURSUANT TO 18 USC § 983(a)(3)(A) & (B)." Docket 102.  Under Civil Local Rule 7-3(a), a motion for reconsideration cannot be filed absent prior leave of court.  Moore failed to seek or obtain permission to file a motion for reconsideration.  In addition, she failed to properly notice her motion, as required by Civil Local Rule 7-2.  The Court need not consider motions filed in violation of applicable procedural rules.  See Swanson v. U.S. Forest Serv., 87 F.3d 339, 345 (9th Cir. 1996). Accordingly,

    IT IS HEREBY ORDERED THAT:

    1.    Moore's motion for reconsideration is DENIED, without prejudice.

    2.    The Clerk shall strike Docket 102 from the record.

    IT IS SO ORDERED.

Dated: August 24, 2010

                                                      _____<br>
                                                      SAUNDRA BROWN ARMSTRONG<br>
UNITED STATES DISTRICT COURT               United States District Judge

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

,562 U.S. CURRENCY et al,

        Defendant.
                                                  /

Case Number: CV08-02458 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raashida J. Moore-Brisco
1434 South Tuxedo Ave.
Stockton, CA 95204

Dated: August 24, 2010
                                      Richard W. Wieking, Clerk

                                      By: LISA R CLARK, Deputy Clerk