UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No: C 08-2458 SBA |
|---|---|
| Plaintiff, | **FINAL JUDGMENT AND DECREE OF FORFEITURE** |
| vs. | |
| APPROXIMATELY $73,562 IN UNITED STATES CURRENCY, | |
| Defendant. | |

In accordance with the Court's orders entering default judgment as to Eugene Brisco ("Brisco") and Raashida Moore-Brisco ("Moore"), including, without limitation, the Court's findings that both Brisco and Moore received proper notice as required by Supplemental Rules for Admiralty for Maritime Claims and Asset Forfeiture Actions and Local Admiralty Rule 6-1, and the Orders striking their respective claims and answers, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that FINAL JUDGMENT is entered in favor of the Plaintiff United States of America, and that the sum of $73,562 is hereby FORFEITED to the United States of America for disposition by its Attorney General, as provided for by law.

IT IS SO ORDERED.

| | |
|---|---|
| 1 | Dated: January 12, 2011 |
| 2 | |

                                              *Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

,562 U.S. CURRENCY et al,

        Defendant.
_____/

Case Number: CV08-02458 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Brisco
1434 South Tuxedo Ave.
Stockton, CA 95204

Raashida J. Moore-Brisco
1434 South Tuxedo Ave.
Stockton, CA 95204

Dated: January 12, 2011

Richard W. Wieking, Clerk
                               By:
LISA R CLARK, Deputy Clerk